| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>William G. Cort<br>9040 Telegraph Rd., Suite 206<br>Downey, CA 90240<br>(562)923-6761 Fax: (562)869-1200<br>SBN: 50326 CA<br>williamgcortdocuments@gmail.com | FOR COURT USE ONLY |
|---|---|
| ☐ Respondent appearing without attorney<br>☑ Attorney for Respondent: | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Estela Toledo<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-10339-NB |
|---|---|
| | CHAPTER: 13 |
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE: July 26, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: 1545<br>PLACE: 255 E. Temple St., Los Angeles, CA 90012 |

**Movant:** U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

**Respondent:** ☑ Debtor  ☐ trustee  ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**

   The Respondent does not oppose the granting of the Motion.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                                 Page 1                                                  F 4001-1.RFS.RESPONSE

2. ☐ **LIMITED OPPOSITION**
   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*):____ and the reason for this request is (*specify*):
   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

   The Debtor:
   (1) ☐ has no knowledge of the Property.
   (2) ☐ has no interest in the Property.
   (3) ☐ has no actual possession of the Property.
   (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit ____.

3. ☑ **OPPOSITION** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served (*specify*):

      (1) ☐ Not all of the required parties were served.
      (2) ☐ There was insufficient notice of the hearing.
      (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

   b. ☑ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:
      (1) ☑ The value of the Property is $ **669,000.00**   , based upon (*specify*): **Zillow.**
      (2) ☑ Total amount of debt (loans) on the Property is $ **586,705.67**  .
      (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit ____.
      (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit ____.
      (5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit ____.
      (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit ____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit ____.
      (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit ____.
      (8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.
      (9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.
      (10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.
      (11) ☑ Other (*specify*): **The Debtor is in process or requesting permission from her lender to allow a modification of her present Chapter 13 plan to include the post-petition arrears. If her request is denied, the Debtor would like to enter into an Adequate Protection Order.**

   c. ☑ Respondent asserts the following as shown in the declaration(s) filed with this Response:

      (1) ☐ The bankruptcy case was converted from chapter ____ to chapter ____.
      (2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.
      (3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.
      (4) ☐ The Debtor has equity in the Property in the amount of $ ____.
      (5) ☑ Movant has an equity cushion of $ **82,654.33** or ____% which is sufficient to provide adequate protection.
      (6) ☐ The Property is necessary for an effective reorganization because (*specify*):
      (7) ☐ The motion should be denied because (*specify*):
      (8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 2                              F 4001-1.RFS.RESPONSE

**4. EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor
☐ Declaration by trustee
☐ Declaration by appraiser

☑ Declaration by the Debtor's attorney
☐ Declaration by trustee's attorney
☑ Other (specify): **Zillow profile**

Date: **7/13/22**

**Law Office of William G. Cort**
Printed name of law firm for Respondent (if applicable)

**William G. Cort**
Printed name of individual Respondent or attorney for Respondent

**/s/William G. Cort**
Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 3    F 4001-1.RFS.RESPONSE

WILLIAM G. CORT (SBN: 50326)
LAW OFFICE OF WILLIAM G. CORT
9040 Telegraph Rd., Ste. 206
Downey, CA 90240
Tel (562) 923-6761
Fax (562) 869-1200
Email: williamgcortdocuments@gmail.com

Attorney for Debtor
Estela Toledo

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Estela Toledo,<br><br>　　　　Debtor. | Case No.: **2:18-bk-10339-NB**<br><br>Chapter 13<br><br>**DECLARATION OF WILLIAM G. CORT, DEBTOR'S ATTORNEY, IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:  7/26/22<br>Time:  10:00 a.m.<br>Ctrm:  1545 |

I, William G. Cort, declare as follows:

1.　　I am the Debtor's Attorney in the above-captioned proceeding. I have personal knowledge of the facts set forth herein and if called upon to testify hereto, I could and would do so competently thereto.

2.　　The Debtor has instructed this office to request that the lender allows her to modify her current Chapter 13 Plan to include the post-petition arrears. This office has reached out to the Movant's attorney and we are waiting for their response.

**DECLARATION OF WILLIAM G. CORT, DEBTOR'S ATTORNEY, IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
- 1 -

3.     The Debtor has informed this office that she would like to enter into an Adequate Protection Order to cure her post-petition mortgage arrears, if the Movant denies her request. This office has also requested an Adequate Protection Order from the Movant in case her request is denied.

4.     The Debtor's property has approximately $82,294.33 in equity which provides an adequate protection for the moving party. According to moving party's motion, the first Trust Deed balance of $406,846.30 was owed on the property at the time of the filing of its Proof of Claim on March 15, 2018. According to the Proof of Claim filed by Deutsche Bank National, the second Deed of Trust holder, the balance owed when their Proof of Claim was filed on August 22, 2019, was $179,859.37. The lien avoidance motion as to the second deed of trust was granted. The Total combined debt claimed against the Debtor's property is approximately $586,705.67. The attached Property Profile report from Zillow.com values my client's home at an estimated average value of $669,000.00, resulting in $82,294.33 in equity. I have attached as **Exhibit "1"** hereto a true and correct copy of Zillow.com's Property Profile which values the property at an average $669,000.00. I consider the attached Zillow.com to be a credible source as to property values. Therefore, this property is necessary for an effective reorganization of the Debtor's estate. Furthermore, our office will file a supplemental declaration to include a Broker Priced Opinion prior to the hearing date.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing facts are known by me to be true and correct.

Executed on July 13, 2022, in Downey, California.


/s/William G. Cort
William G. Cort, Debtor's Attorney

**DECLARATION OF WILLIAM G. CORT, DEBTOR'S ATTORNEY, IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

DECLARATION OF WILLIAM G. CORT, DEBTOR'S ATTORNEY, IN SUPPORT OF
RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY
- 4-



3 bd | 1 ba | 1,065 sqft

16648 E Arrow Hwy, Covina, CA 91722

**Off market** | Zestimate®:
**$669,900** | Rent Zestimate®: $2,749

Est. refi payment: $3,629/mo

Refinance your loan

Home value   Owner tools   Home



### Do you own this home?

Get exclusive tools to track your home's value and update its details on Zillow. Learn more

**Unlock owner dashboard**



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9040 Telegraph Rd., Suite 206
Downey, CA 90240

A true and correct copy of the foregoing document entitled (specify): __**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **7/13/22**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Erin M McCartney: bankruptcy@zbslaw.com
Edward A Treder: cdcaecf@bdfgroup.com
Kristin A Zilberstein: Kris.Zilberstein@Padgettlawgroup.com
Lemuel Bryant Jaquez: bjaquez@ghidottiberger.com
Kathy A Dockery: EFiling@LATrustee.com
Mark S Krause: bankruptcy@zbslaw.com
Erin M McCartney: bankruptcy@zbslaw.com
Michelle R Ghidotti: bknotifications@ghidottiberger.com
Nichole Glowin: bankruptcy@zbslaw.com
United States Trustee: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **7/13/22**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 11, 2022 | Victor Hernandez | /s/Victor Hernandez |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 4                              F 4001-1.RFS.RESPONSE

Estela Toledo
16648 East Arrow Highway
Covina, CA 91722


William G. Cort
Law Office of William G. Cort
9040 Telegraph Rd., Suite 206
Downey, CA 90240


Aegis Wholesale Corporation
3010 Briarpark Drive, Suite 700
Houston, TX 77042


Barret Daffin Frappier Treder
4004 Belt Line Road, Suite 100
Addison, TX 75001


Bleier & Cox APC
16130 Ventura Blvd Ste 620
Encino, CA 91436


Capital One
15000 Capital One Dr
Richmond, VA 23238


Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804


Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409